# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

THOMAS ANTWAN JERNELL, #10005587, :

    Plaintiff, :

vs. : CIVIL ACTION 16-144-WS-N

BALDWIN COUNTY CORRECTIONAL :
CENTER,
     :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE** this 1st day of September, 2016.

                                  s/WILLIAM H. STEELE
                                  **CHIEF UNITED STATES DISTRICT JUDGE**