IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS ANTWAN JERNELL, #10005587,:

    Plaintiff, :

vs. : CIVIL ACTION 16-144-WS-N

BALDWIN COUNTY CORRECTIONAL :
CENTER,
     :
    Defendant.

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**DONE** this 1st day of September, 2016.

                                              **s/WILLIAM H. STEELE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**